GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
ALEXA L. WOERNER, Bar No. 267609
awoerner@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

ELISA NADEAU, Bar No. 199000
enadeau@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PANNONE,<br><br>           Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC. and DOES 1-50,<br><br>           Defendant. | Case No. 3:15-cv-02607-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE DATE** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:15-cv-02607-WHA)          STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE DATE

Plaintiff Patricia Pannone ("Plaintiff") and CVS Pharmacy, Inc. ("Defendant"), (collectively "the Parties"), having resolved this matter, hereby stipulate and request through their respective counsel, to the following:

1. The Settlement Conference currently set for February 23, 2016 at 9:30 a.m. be vacated;

2. The parties request that they be given 30 days from today's date in which to file a Joint Stipulation of Dismissal with prejudice of the lawsuit.

**SO STIPULATED.**

Dated: February 17, 2016

*/s/ Michael J. Reed*
MICHAEL J. REED
Attorneys for Plaintiff
PATRICIA PANNONE

Dated: February 17, 2016

*/s/ Elisa Nadeau*
GREGORY G. ISKANDER
ALEXA L. WOERNER
ELISA NADEAU
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CVS PHARMACY, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:15-cv-02607-WHA)   2.   STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE DATE

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and good cause appearing therefore, IT IS ORDERED that:

1. The Settlement Conference currently set for February 23, 2015 at 9:30 a.m. is hereby **VACATED**;

2. The parties have 30 days from today's date in which to file a Joint Stipulation of Dismissal with prejudice of the lawsuit.

**SO ORDERED.**

Dated: February 22, 2016

_____
~~JUDGE OF THE SUPERIOR COURT~~
Magistrate Judge of the
Federal District Court

Firmwide:138687881.1 074623.1060

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:15-cv-02607-WHA)    3.    STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE DATE