GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
ALEXA L. WOERNER, Bar No. 267609
awoerner@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

ELISA NADEAU, Bar No. 199000
enadeau@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PANNONE,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC. and DOES 1-50,<br><br>    Defendant. | Case No. 3:15-cv-02607-WHA<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: February 2, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff Patricia Pannone ("Plaintiff"), and Defendant CVS PHARMACY, INC. ("Defendant"), by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:15-CV-02607-WHA)    JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

1

2  Dated: March 7, 2016

3

4

5  MICHAEL J. REED
   Attorney at Law
6  Attorneys for Plaintiff Patricia Pannone

7  Dated: March 7, 2016

8
   GREGORY G. ISKANDER
9  ELISA NADEAU
   LITTLER MENDELSON
10 A Professional Corporation
   Attorneys for Defendant
11 CVS PHARMACY, INC.

12
   IT IS SO ORDERED.
13

14 Dated: March 8, 2016

15                                          U.S. DISTRICT COURT JUDGE
                                               William Alsup
16 Firmwide:138202768.1 074623.1060

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:15-CV-02607-WHA)                2.       JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER